THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SACKOWITZ, Appellant.— Judgment of the County Court of Kings county convicting the

defendant of the crime of arson in the second degree unanimously affirmed. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.